UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN PETEREIT,

              *Plaintiff,*                                25 Civ. 03780 (JS)(LGD)

   – against –                                  **REQUEST FOR CERTIFICATE**
                                                                       **OF DEFAULT**

KINGS POINT AUTO LLC,

              *Defendant.*
-------------------------------------------------------------X

To: The Clerk of the Court,
United States District Court,
Eastern District of New York

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, the undersigned hereby requests that the Clerk of Court enter the default of Defendant Kings Point Auto LLC for failure to plead or otherwise defend this action.

      In support of this request, the undersigned states as follows:

1. On July 8, 2025, Plaintiff filed the Complaint in this action (ECF No. 1).

2. A Summons was issued on July 17, 2025 (ECF No. 7).

3. On September 24, 2025, Defendant Kings Point Auto LLC was duly served with the Summons and Complaint, as shown by the Proof of Service filed on October 4, 2025 (ECF No. 9).

4. Pursuant to Rule 12(a)(1)(A)(i), Defendant's answer or other response was due on or before October 15, 2025.

5. As of the date of this request, no answer or responsive pleading has been filed, and the Defendant has failed to appear or otherwise defend.

Accordingly, Plaintiff respectfully requests that the Clerk of Court enter the default of Kings Point Auto LLC.

Dated: October 20, 2025
Long Island City, New York

                                                     Respectfully submitted,

                                                     KASELL LAW FIRM

                                                     By: /s/ *David M. Kasell*

                                                     David M. Kasell, Esq.
                                                   1038 Jackson Avenue, #4
                                                   Long Island City, NY 11101
                                                   Tel: (718) 404-6668
                                                   Email: david@kaselllawfirm.com
                                                   *Attorney for Plaintiff Brian Petereit*