UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN PETEREIT,

        *Plaintiff*,　　　　　　　　　　25 Civ. 03780 (JS)(LGD)
  – against –

KINGS POINT AUTO LLC,

        *Defendant.*
------------------------------------------------------------X

[Proposed]
**CLERK'S CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, hereby certify that:

1. The Complaint in this action was filed on July 8, 2025.

2. A Summons was issued on July 17, 2025.

3. Proof of service was filed on October 4, 2025 (ECF No. 9), showing that Kings Point Auto LLC was served on September 24, 2025.

4. Defendant has not answered or otherwise moved with respect to the Complaint, and the time to do so under Fed. R. Civ. P. 12(a) has expired.

Accordingly, upon the request of plaintiff and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the DEFAULT of Defendant Kings Point Auto LLC is hereby entered.

Dated: Brooklyn, New York

                                                      Douglas C. Palmer
                                                      Clerk of Court

                              By: _____
                                                     Deputy Clerk