Form 27 - AFFIDAVIT OF SERVICE


P25098925

**KASELL LAW FIRM**   David Kasell
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN PETEREIT<br><br>                                         PLAINTIFF<br><br>                    - vs -<br><br>KINGS POINT AUTO LLC<br>                                         DEFENDANT | Index No.  **2:25-cv-03780-JS-LGD**<br>Date Filed<br>Office No.   **0120 - Brian Petereit - Kings Point**<br>Court Date. |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**        :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **SEPTEMBER, 2025 10:30AM** at
**744 MIDDLE NECK RD
GREAT NECK NY 11024**
I served a true copy of the **SUMMONS AND COMPLAINT** upon **KINGS POINT AUTO LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **Mike G (REFUSED FULL NAME), MANAGER/MANAGING AGENT**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**. I affirm that **Mike G (REFUSED FULL NAME)** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **MALE** PERCEIVED RACE: **WHITE** HAIR: **BLACK**
APP.AGE: **45**  APP. HT: **6ft**        APP. WT: **170**
OTHER IDENTIFYING FEATURES
**Beard**
COMMENTS:

Sworn to before me this
25TH day of SEPTEMBER, 2025

JEFFREY RUBELL
Notary Public, State of    New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

LAURA KLEINBERG
Lexitas - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-KLF2-25098925