UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN PETEREIT,

               Plaintiff,                        **CLERK'S CERTIFICATE**
                                                                **OF DEFAULT**
- against -                                      CV 25-3780 (JS) (LGD)

KINGS POINT AUTO LLC,

               Defendant.
-------------------------------------------------------------X

      I**,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant KINGS POINT AUTO LLC has not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

      The default of defendant KINGS POINT AUTO LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: October 21, 2025
       Central Islip, New York

                                                                     BRENNA B. MAHONEY
                                                                       CLERK OF COURT

                                           BY:    /S/ JAMES J. TORITTO
                                                            DEPUTY CLERK