UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN PETEREIT,
        Plaintiff,                                2:25-cv-03780
                                                       (JS/LGD)

- against -

**<u>ANSWER</u>**

KINGS POINT AUTO LLC,
        Defendant
------------------------------------------------------------X

Defendant Kings Point Auto LLC, by its attorney Andrew B. Schultz, Esq., submits its answer as follows:

1. Denies the allegations in paragraph 1.

2. Denies the allegations in paragraph 2.

3. Denies the allegations in paragraph 3.

4. Denies the allegations in paragraph 4, except admits that plaintiff purports to sue defendant based on the alleged grounds mentioned.

5. Admits the allegations in paragraphs 5 and 6.

6. Denies knowledge or information sufficient to form a belief as to the allegation in paragraph 7.

7. Admits the allegation in paragraph 8.

8. Admits the allegations in paragraph 9.

9. Admits the allegations in paragraph 10.

10. Denies the allegations in paragraph 11, except admits that defendant represented the vehicle as in excellent condition.

11. Admits the allegations in paragraph 12.

12. Denies the allegations in paragraph 13.

13. Denies the allegations in paragraph 14, except admits that plaintiff so wire transferred the subject amount on or about October 1, 2024.

14. Denies the allegations in paragraph 15.

15. Denies the allegations in paragraph 16.

16. Denies the allegations in paragraph 17.

17. Denies the allegations in paragraph 18.

18. Denies the allegations in paragraph 19.

19. As to paragraph 20, defendant repeats and realleges all prior responses.

20. Denies the allegations in paragraph 21.

21. Denies the allegations in paragraph 22.

22. As to paragraph 23, repeats and realleges all prior responses.

23. Denies the allegations in paragraph 24.

24. Denies the allegations in paragraph 25, to the extent it alleges any wrongdoing by defendant.

25. Denies the allegations in paragraph 26.

26. As to paragraph 27, repeats and realleges all prior responses.

27. Denies the allegations in paragraph 28.

28. Denies the allegations in paragraph 29.

29. Denies the allegations in paragraph 30.

30. As to paragraph 31, repeats and realleges all prior responses.

31. Admits the allegations in paragraph 32.

32. Denies the allegations in paragraph 33.

33. Denies the allegations in paragraph 34.'

34. As to paragraph 35, repeats and realleges all prior responses.

35. Denies the allegations in paragraph 36.

36. Denies the allegations in paragraph 37.

37. Denies the allegations in paragraph 38.

38. As to paragraph 39, repeats and realleges all prior responses.

39. Denies the allegations in paragraph 40.

40. Denies the allegations in paragraph 41.

41. Denies the allegations in paragraph 42.

42. Denies the allegations in paragraph 43.

43. Denies the allegations in paragraph 44.

44. As to paragraph 45, this paragraph contains no factual allegations.

WHEREFORE, Defendant respectfully demands judgment dismissing the complaint with prejudice.

November 6, 2025                    __*Andrew B. Schultz*_____
                                                    Andrew B. Schultz  (AS3739)
                                                    Attorney for Defendant
                                                    E99Neptune@aol.com
                                                    516-353-7177
                                                    767 Othello Avenue
                                                    Franklin Square, NY 11010