UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN PETEREIT,

      Plaintiff,

- against -

KINGS POINT AUTO LLC,

      Defendant
-------------------------------------------------------------X

2:25-cv-03780 (JS/LGD)

**DEFENDANT'S RULE 26(A) DISCLOSURES**

Pursuant to Rule 26(A) of the Federal Rules of Civil Procedure, defendant submits the following:

(a) (i): Michael Goltche, owner of defendant, c/o Kings Point Auto LLC, 744 Middle Neck Road, Great Neck, NY 11024 (represented by Andrew B. Schultz, Esq.; E99Neptune@aol.com, 516-353-7177)—general background information regarding the subject transaction between the parties, and communications with plaintiff regarding the subject transaction

(a) (ii): bill of sale; website describing vehicle model; photographs provided to plaintiff

(a) (iii): defendant is not seeking any damages here

(a) (iv): there is no such insurance agreement

\*         \*         \*         \*

Defendant does not presently intend to call any expert witness.

November 6, 2025

__*Andrew B. Schultz*_____
Andrew B. Schultz
Attorney for Defendant
E99Neptune@aol.com
516-353-7177
767 Othello Avenue
Franklin Square, NY 11010