UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 6, 2026** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-3780 (LGD)** |
| **NAME OF CASE(S):** | Petereit v. Kings Point Auto LLC |
| **FOR PLAINTIFF(S):** | N/A |
| **FOR DEFENDANT(S):** | Andrew B Schultz |
| **NEXT CONFERENCE(S):** | January 20, 2026 at 12:00PM via Zoom |
| **FTR/COURT REPORTER:** | 12:15-12:26, via Zoom. |

### RULINGS FROM INITIAL CONFERENCE:

Case called. Counsel for defendant present (Andrew B. Schultz), counsel for plaintiff absent.

For the reasons stated on the record, the Initial Conference has been adjourned to **1/20/2026 at 2:00 PM.**

Furthermore, Defendant's counsel is directed to submit a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 by **1/13/2026.**

 

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge