# Kasell Law Firm

January 21, 2026

Hon. Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Petereit v. Kings Point Auto LLC*, Case No. 25 Civ. 03780 (JS) (LGD)

Judge Dunst:

I write to respectfully apologize for my failure to appear at the Initial Conference scheduled yesterday on January 20, 2026.

After learning of the missed appearance, I immediately worked with my staff to determine why the conference was not properly calendared and why I was not alerted when Ms. Tolerado circulated her invitation *via* ZoomGov. I have since addressed those internal issues and have personally calendared the adjourned conference date for 2/2/2026 at 11:00AM. I fully understand that it is my obligation to monitor the docket and to appear as directed by the Court.

I sincerely regret the inconvenience caused to the Court and opposing counsel. Despite the next fact that hearing is on Groundhog's Day, I respectfully assure the Court that my absence will not recur.

Respectfully submitted,

/s/ David Kasell
David Kasell, Esq.
Counsel for Plaintiff

1038 Jackson Avenue #4 • Long Island City, NY 11101
Phone 718-404-6668