UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN PETEREIT,

                                  25 Civ. 03780 (LGD)

     *Plaintiff,*

    – against –

KINGS POINT AUTO LLC,

     *Defendant.*
-------------------------------------------------------------X

## JOINT STATUS REPORT

Pursuant to the Court's Orders dated April 7, 2026, and June 17, 2026, the parties respectfully submit this Joint Status Report.

1.      Status of Motion. The parties report that the pending joint motion seeking exemption from compulsory arbitration has not been decided by the Court.

The parties respectfully request that the motion seeking exemption be granted. Counsel have extensively discussed the merits of the case, the evidence, and the potential for settlement, including whether a non-binding arbitration award would facilitate resolution.

Based on those discussions, the parties jointly conclude that compulsory arbitration would not promote settlement and would instead consume the resources of both the Court and the parties without advancing resolution of this action. Both counsel make this request in good faith and with due regard for the Court's limited judicial resources.

3.      Settlement Discussions. The parties have engaged in multiple good-faith settlement discussions. Despite those efforts, the parties remain substantially

apart in their respective positions, including their assessments of the evidence and the value of the claims and defenses. The parties do not believe that further settlement discussions are likely to be productive.

4.      Discovery Completed. Discovery has been completed.

5.      Dispositive Motions. After discussion, the parties have elected not to file summary judgment motions.

6.      Trial Readiness. This case is ready for trial. The parties have elected to proceed by bench trial and anticipate that the presentation of evidence will require no more than one (1) day. Counsel have agreed to cooperate in pre-marking exhibits for identification and, as much as reasonably possible, unobjected-to evidence providing them to the Court before testimony begins in order to streamline the trial. The parties have consented to Magistrate Judge Dunst to presiding over the bench trial and handling all related matters.

7.      Other Matters. Parties respectfully request the Court set a pre-trial conference by telephone or video conference to discuss the bench trial and other matters.

WHEREFORE, the parties respectfully submit this Joint Status Report and request such other and further relief as the Court deems just and proper.

Dated: Long Island City, New York
June 24, 2026

By: /s/ *David Kasell*
David Kasell, Esq.
*Attorney for Plaintiff*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Tel: (718) 404-6668
Email: david@kaselllawfirm.com

By: /s/ Andrew Schultz
Andrew B. Schultz
*Attorney for Defendant*
767 Othello Avenue
Franklin Square, New York 11010
Tel.: (516) 353-7177
Email:  e99neptune@aol.com

3