**Andrew B. Schultz**
Attorney at Law
767 Othello Avenue
Franklin Square, NY 11010
Cell: 516-353-7177
Tel: 516-482-5100
E-mail: E99Neptune@aol.com

August 20, 2026

**BY PACER**
Hon. Lee G. Dunst
U.S. Magistrate Judge
Eastern District of NY

Re: Petereit v. Kings Point Auto LLC (2:25-cv-03780-LGD)

Your Honor:

I represent defendant Kings Point Auto LLC in this action.

On July 14, 2026 (PACER Item 30), the court directed plaintiff "to file a supplemental letter on the amount in controversy by 8/14/2026."

It is now August 20, and I am obliged to notify the court that plaintiff failed to serve or file any such letter.

Thus, I have nothing to specifically reply to. This is at least the second time plaintiff has failed to comply with an order from this court (please see PACER Item 20).

Defendant continues to maintain that there is no valid factual or legal basis for any claim by plaintiff in this action. The complaint itself (PACER Item 1) shows that this action involves an alleged claim relating to one vehicle and one transaction between the parties. The purchase price of the subject vehicle was $34,970 (complaint, at paragraph 14), and in order to satisfy the jurisdictional diversity requirement plaintiff has sought to "bootstrap" by claiming in conclusory

fashion, and without any further detail, supposed "punitive damages" of "at least $104,910" (complaint at page 6).

My client and I appreciate the court's courtesy and consideration.

Respectfully Yours,

__Andrew B. Schultz____________

ANDREW B. SCHULTZ
Attorney for Defendant
E99Neptune@aol.com
516-353-7177

cc by PACER and e-mail:
David Kasell, Esq.
Attorney for Plaintiff
david@kaselllawfirm.com